

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| Daniel Rawls, | § | No.08-21-00197-CV |
| Appellant, | § | Appeal from the |
| | § | 109th District Court |
| La Fogata Mexican Grill, Lourdes Galindo and John Doe, | § | of Andrews County, Texas |
| | § | (TC# DC22,263) |
| Appellees. | § | |
| | § | |

# **O R D E R**

The Court GRANTS the Appellees' fourth motion for extension of time within which to file the brief until **July 20, 2022.** NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLEE'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Mario Ortiz Saroldi, the Appellees' attorney, prepare the Appellee's brief and forward the same to this Court on or before July 20, 2022.

IT IS SO ORDERED this 14th day of July, 2022.

PER CURIAM

Before Rodriguez, C.J., Palafox, and Alley, JJ.